IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BERTRAM HARRISON, #29437-018** | ) |
| **Petitioner,** | ) ) ) |
| vs. | ) ) **CIVIL NO. 20-425-NJR** |
| **WARDEN SPROUL,** | ) ) ) |
| **Respondent.** | ) ) |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On May 7, 2020, Petitioner Harrison was ordered to pay the $5.00 filing fee for this case to file a motion for leave to proceed *in forma pauperis* within thirty days (on or before June 8, 2020) (Doc. 2). He was warned that failure to comply would result in dismissal of the action. *Id*. To date, Harrison has failed to pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Thus, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Harrison's obligation to pay the $5.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  June 16, 2020**

s/ *Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**